UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Jerome McNeil,

        Defendant.

Case No. 2:23-cr-20229
Hon. Terrence G. Berg

## Stipulation for Pretrial Detention

1. On March 31, 2023, this Court authorized a criminal complaint against Defendant for being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). ECF No. 1.

2. At the conclusion of a detention hearing on April 7, 2023, the Court granted Defendant pretrial release. ECF Nos. 13-14.

3. On April 18, 2023, a grand jury indicted Defendant for the same felon-in-possession offense. ECF No. 15.

4. On April 28, 2024, the Court authorized a criminal complaint against Defendant and others for several offenses, including robbery,

burglary, and conspiracy to commit robbery and burglary involving controlled substances, 18 U.S.C. § 2118(a), (b), and (d). *United States v. McNeil*, No. 2:24-cr-20250, ECF No. 1.

5. On May 8, 2024, a grand jury indicted Defendant for the offense of conspiracy to commit robbery involving controlled substances, 18 U.S.C. § 2118(d). *United States v. McNeil*, No. 2:24-cr-20250, ECF No. 54.

6. On May 16, 2024, this Court ordered Defendant detained on the pharmacy-robbery case. *Id.*, ECF No. 70.

7. The pretrial services office seeks Defendant's detention on this (felon-in-possession) case due to his alleged participation in the pharmacy-robbery conspiracy while on pretrial release on this case. *United States v. McNeil,* No. 2:23-cr-20229, ECF No. 42.

8. Given the detention order on the pharmacy-robbery case, the parties stipulate that a consent order of detention on this (felon-in-possession) case is appropriate. *See* 18 U.S.C. §§ 3143(a), 3148(b).

**IT IS SO STIPULATED.**

Respectfully submitted,

2

| | |
|---|---|
| /s/ Louis F. Meizlish | /s/ Lillian F. Diallo |
| Assistant United States Attorney | Attorney for Jerome McNeil |
| 211 W. Fort St., Suite 2001 | 500 Griswold St., Suite 2340 |
| Detroit, MI 48226 | Detroit, MI 48226-4484 |
| (313) 226-9100 | (313) 966-6633 |
| louis.meizlish@usdoj.gov | lilliandiallo@sbcglobal.net |

Date: May 30, 2024